AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SINGLETON, JAMES K. | U.S. DISTRICT COURT, ALASKA | 04/23/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - SENIOR STATUS | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

THE JAMES M. FITZGERALD UNITED STATES COURTHOUSE AND FEDERAL BUILDING
222 W. 7TH AVENUE
ANCHORAGE, AK 99513-7524

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/94 | STATE OF ALASKA, JUDICIAL RETIREMET |
| 2. | 1/27/99 | EXECUTIVE LIFE INSURANCE COMPANY RETIREMENT |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | STATE OF ALASKA RETIREMENT AND BENEFITS PLAN - RETIREMENT INCOME | $117,503.00 |
| 2. | 2014 | GREAT-WEST TRUST COMPANY LLC RETIREMENT SERVICES - RETIREMENT INCOME | $18,157.00 |
| 3. | 2014 | MERRILL LYNCH AS CUSTODIAN - RETIREMENT INCOME | $2,092.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | TRANSAMERICA LIFE INSURANCE COMPANY - RETIREMENT INCOME |
| 2. | 2014 | STATE OF ALASKA RETIREMENT AND BENEFITS PLAN FOR TEACHERS - RETIREMENT INCOME |
| 3. | 2014 | MERRILL LYNCH AS CUSTODIAN -RETIREMENT INCOME |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 04/23/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FNBA BANK ACCOUNT | A | Interest | L | T | | | | | |
| 2. EXECUTIVE LIFE INSURANCE COMPANY RETIREMENT | | None | L | T | | | | | |
| 3. MERRILL LYNCH WEATH MANAGEMENT ACCOUNT 32454: (H) | | | | | | | | | |
| 4. AUTOMATIC DATA PROC | | None | J | T | Buy | 10/03/14 | J | | |
| 5. C.H. ROBINSON WORLDWIDE INC. NEW | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 6. | | | J | T | Buy (add'l) | 11/04/14 | J | | |
| 7. DOVER CORP | A | Dividend | J | T | Buy | 11/04/14 | J | | |
| 8. DU PONT E I DE NEMOURS | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 9. | | | J | T | Buy (add'l) | 11/04/14 | J | | |
| 10. EMERSON ELEC CO | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 11. EXXON MOBIL CORP COM | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 12. | | | J | T | Buy (add'l) | 11/04/14 | J | | |
| 13. GENUINE PARTS CO | | None | J | T | Buy | 10/03/14 | J | | |
| 14. JOHNSON AND JOHNSON COM | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 15. LINEAR TECHNOLOGY CORP | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 16. NORFOLK SOURTHERN CORP | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 17. | | | J | T | Buy (add'l) | 11/04/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NORTHROP GRUMMAN CORP | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 19. | | | J | T | Buy (add'l) | 11/04/14 | J | | |
| 20. PAYCHEX INC | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 21. PROCTER & GAMBLE CO | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 22. | | | J | T | Buy (add'l) | 11/04/14 | J | | |
| 23. QUALCOMM INC | | None | J | T | Buy | 10/03/14 | J | | |
| 24. | | | J | T | Buy (add'l) | 12/02/14 | J | | |
| 25. | | | J | T | Sold (part) | 11/04/14 | J | A | |
| 26. RAYTHEON CO DELAWARE NEW | | None | J | T | Buy | 10/03/14 | J | | |
| 27. | | | J | T | Buy (add'l) | 11/04/14 | J | | |
| 28. | | | J | T | Buy (add'l) | 11/05/14 | J | | |
| 29. UNITED TECHS CORP COM | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 30. | | | J | T | Buy (add'l) | 11/04/14 | J | | |
| 31. WAL-MART STORES INC | | None | J | T | Buy | 10/03/14 | J | | |
| 32. | | | J | T | Buy (add'l) | 11/04/14 | J | | |
| 33. 3M COMPANY | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 34. CONSUMER DISCRETIONARY | A | Dividend | J | T | Buy | 10/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. HEALTH CARE SELECT SPDR | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 36. ISHARES MSCI EAFE | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 37. ISHARES IBOXX $ | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 38. | | | J | T | Sold (part) | 12/10/14 | J | A | |
| 39. ISHARES TIPS | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 40. | | | J | T | Buy (add'l) | 12/10/14 | J | | |
| 41. ISHARES 3-7 YEAR | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 42. | | | J | T | Buy (add'l) | 12/10/14 | J | | |
| 43. ISHARES MBS ETF | A | Dividend | K | T | Buy | 10/03/14 | K | | |
| 44. ISHARES INC CORE MSCI | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 45. LOOMIS SAYLES STRATEGIC | B | Dividend | K | T | Buy (add'l) | 10/03/14 | K | | |
| 46. MARKET VECTORS EMRG MKTS | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 47. MATERIAL SELECT SECTOR | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 48. POWERSHARES GLOBAL | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 49. SCHWAB US DIVIDEND EQTY | A | Dividend | J | T | Buy | 12/16/14 | J | | |
| 50. SECTOR SPDR CONSMRS STPL | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 51. SECTOR SPDR ENERGY | A | Dividend | J | T | Buy | 10/03/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SECTOR SPDR INDUSTRIAL | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 53. SECTOR SPDR UTILITIES | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 54. SPDR BARCLAYS | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 55. VANGUARD FINANCIALS ETF | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 56. VANGUARD INFORMATION | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 57. VANGUARD TELECOM SRVCS | | None | J | T | Buy | 10/03/14 | J | | |
| 58. VANGUARD INTERMEDIATE | A | Dividend | K | T | Buy | 10/03/14 | K | | |
| 59. VANGUARD SHORT TERM BOND | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 60. | | | J | T | Sold (part) | 12/10/14 | J | A | |
| 61. BAXTER INTERNTL INC | | None | | | Buy | 10/03/14 | J | | |
| 62. | | | | | Sold | 11/04/14 | J | | |
| 63. CSX CORP | | None | | | Buy | 10/03/14 | J | | |
| 64. | | | | | Sold (part) | 10/03/14 | J | A | |
| 65. | | | | | Sold | 11/05/14 | J | A | |
| 66. CUMMINS INC | | None | | | Buy | 10/03/14 | J | | |
| 67. | | | | | Sold | 11/04/14 | J | A | |
| 68. MCDONALDS CORP | A | Dividend | | | Buy (add'l) | 10/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 70. | | | | | Sold (part) | 12/02/14 | J | A | |
| 71. | | | | | Sold | 12/10/14 | J | A | |
| 72. QUEST DIAGNOSTICS INC | | None | | | Buy | 10/03/14 | J | | |
| 73. | | | | | Sold (part) | 10/31/14 | J | A | |
| 74. | | | | | Sold | 11/03/14 | J | A | |
| 75. AMERICAN CAPITAL INCOME | A | Dividend | | | Sold | 10/03/14 | K | C | |
| 76. COHEN & STREETS SELECT | B | Dividend | | | Sold | 10/03/14 | K | C | |
| 77. COCA COLA COM | A | Dividend | | | Sold | 10/03/14 | J | B | |
| 78. ELI LILLY & CO | A | Dividend | | | Sold | 10/03/14 | J | B | |
| 79. MICROSOFT CORP | A | Dividend | | | Buy (add'l) | 11/04/14 | J | | |
| 80. | | | | | Sold (part) | 10/03/14 | J | B | |
| 81. | | | | | Sold | 12/16/14 | J | | |
| 82. BLACKROCK EQTY DIVIDEND | A | Dividend | | | Sold | 10/03/14 | J | A | |
| 83. BLACKROCK GLOBAL | A | Dividend | | | Sold | 10/03/14 | J | A | |
| 84. DAVIS NEW YORK VENTURE | B | Dividend | | | Buy (add'l) | 07/02/14 | J | | |
| 85. | | | | | Sold | 10/03/14 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DELAFIELD FUND | | None | | | Sold | 10/03/14 | J | A | |
| 87. INVESTCO VLUE MUN INCOME | A | Dividend | | | Sold | 10/03/14 | K | A | |
| 88. PIMCO DYNAMIC INCOME FD | A | Dividend | | | Sold | 10/03/14 | J | A | |
| 89. PIMCO REAL RETURN FUND | A | Dividend | | | Sold | 10/03/14 | J | | |
| 90. | | | | | | | | | |
| 91. MERRILL LYNCH WEALTH MANAGEMENT 60538 (H) | | | | | | | | | |
| 92. MERRILL LYNCH AS CUSTODIAN RETIREMENT ACCOUNT 60538 | B | Distribution | K | T | | | | | |
| 93. AT&T INC | A | Dividend | J | T | | | | | |
| 94. JPMORGAN CHASE & CO | A | Dividend | J | T | Buy | 09/19/14 | J | | |
| 95. WAL-MART STORES INC | A | Dividend | J | T | | | | | |
| 96. BLACKROCK MULTI ASSET | A | Dividend | J | T | Sold (part) | 05/27/14 | J | A | |
| 97. BLACKROCK EQTY DIVIDEND | A | Dividend | J | T | | | | | |
| 98. LOOMIS SAYLES STRATEGIC | A | Dividend | J | T | | | | | |
| 99. TEMPLETON GLBL BOND FD | A | Dividend | J | T | | | | | |
| 100. BANK OF AMERICA | A | Dividend | | | Sold | 09/19/14 | J | | |
| 101. | | | | | | | | | |
| 102. MERRILL LYNCH WEALTH MANAGEMENT 60539 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 04/23/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MERRILL LYNCH AS CUSTODIAN RETIREMENT ACCOUNT 60539 | C | Distribution | L | T | | | | | |
| 104. BANK OF AMERICA, NA RASP | A | Dividend | | | Sold | 09/19/14 | J | | |
| 105. JPMORGAN CHASE & CO | A | Dividend | J | T | Buy | 09/19/14 | J | | |
| 106. VERIZON COMMUNICATIONS COM | A | Dividend | J | T | Buy | 05/12/14 | J | | |
| 107. BLACKROCK EQTY DIVIDEND | A | Dividend | J | T | | | | | |
| 108. BLACKROCK GLOBAL | B | Dividend | J | T | Sold (part) | 02/18/14 | J | B | |
| 109. DELAFIELD FUND | A | Dividend | J | T | | | | | |
| 110. FAIRHOLME FUND | A | Dividend | J | T | | | | | |
| 111. GABELLI DIV & INC TR | A | Dividend | J | T | | | | | |
| 112. LOOMIS SAYLES STRATEGIC | A | Dividend | K | T | | | | | |
| 113. | | Dividend | K | T | Buy (add'l) | 02/18/14 | K | | |
| 114. TEMPLETON GLBL BOND FD | A | Dividend | J | T | | | | | |
| 115. BLACKROCK MULTI ASSET | A | Dividend | | | Sold | 05/27/14 | J | A | |
| 116. ELI LILLY & CO | A | Dividend | | | Sold | 02/18/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 04/23/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES K. SINGLETON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544